UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARIA LIMON, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 5:23-CV-00091 |
| HECTOR VILLAGRAN HERNANDEZ AND TRANSPORTES DE CARGA FEMA, SA DE CV, | § |
| Defendants. | § |

# ORDER

Before the Court is Plaintiff's Stipulation of Dismissal of Claims. (Dkt. No. 21). The stipulation provides that Plaintiff Maria Limon dismisses her claims against Defendants Hector Villagran Hernandez and Transportes de Carga Fema, SA de CV with prejudice. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that Plaintiff dismiss their claims with prejudice against Defendants Hector Villagran Hernandez and Transportes de Carga Fema, SA de CV. (Dkt. No. 21 at 1).

Because the stipulation is signed by counsel for all parties in this case, Plaintiff's claims against Defendants Hector Villagran Hernandez and Transportes de Carga Fema, SA de CV were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 21). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on December 2, 2024.

John A. Kazen
United States District Judge